# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROD ANTHONY HUFF,

　　　　　　Plaintiff,

　　　v.

MENTAL HEALTH DIVISION
HOLLYWOOD COURTHOUSE,

　　　　　　Defendant.

**Case No. CV 20-10734 AB (RAO)**

**JUDGMENT**

　　　IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal.

DATED:  December 17, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE